UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PRIME INSURANCE COMPANY                             CIVIL ACTION

VERSUS                                                 NO. 25-2360

SOUTHLAND TRUCK LEASING,                      SECTION "R" (2)
L.L.C., ET AL

### ORDER AND REASONS

Before the Court is plaintiff Prime Insurance Company's unopposed motion for leave to file an amended opposition to the motion to dismiss of defendant N & F Logistics, Inc.[1]    Plaintiff seeks to file the amended opposition to include attachments, referenced in the response, that plaintiff erroneously failed to append.  For the following reasons, the Court grants the motion.

Federal Rule of Civil Procedure 15 governs leave to amend. Under Federal Rule of Civil Procedure 15(a)(2), the court freely grants leave to amend "when justice so requires."  Fed. R. Civ. P. 15(a)(2); *see also Chitimacha Tribe of Louisiana v. Harry L. Laws Co., Inc.*, 690 F.2d 1157, 1163 (5th Cir. 1982) ("Rule 15(a) evinces a bias in favor of granting leave to amend," when justice so requires.). The decision to grant such leave is within

---

[1]    R. Doc. 24.

1

the sound discretion of the trial court. *Zenith Radio Corp. v. Hazeltine Research, Inc.,* 401 U.S. 321, 330 (1971).  Leave to amend should not be granted automatically. *Addington v. Farmer's Elevator Mutual Insurance Co.,* 650 F.2d 663, 666 (5th Cir. 1981).  The Court may consider such factors as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of the amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Here, there is no undue delay. Nor is there any suggestion of bad faith or dilatory motive.  The motion is unopposed. This is plaintiff's first motion for leave to amend its response. The Court finds that the factors weigh toward granting leave to amend.

The Court GRANTS the motion and enters the amended response into the record.

New Orleans, Louisiana, this 16th day of June, 2026.

_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2